FILED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. Case No.: **'08 MJ 862** |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., Section 1326 |
|  | ) | Deported Alien Found In the United States |
| Jose ARROYO-Soltelo | ) |  |
| Defendant. | ) |  |

The undersigned complainant being duly sworn states:

On or about July 9, 2008, within the Southern District of California, defendant Jose ARROYO-Soltelo, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF JULY 2008.

_____
PETER C. LEWIS
U. S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
    v.
Jose ARROYO-Soltelo

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent (BPA) Villareal, that Jose ARROYO-Soltelo (ARROYO) was found and arrested on July 9, 2008, east of Calexico, CA.

On July 9, 2008, at approximately 12:40 a.m., Remote Video Surveillance System (RVSS) camera operators observed an individual climb over the United States/ Mexico International Boundary fence near the intersection of First Street and Mary Avenue, Calexico, CA. RVSS operators advised agents working in the area that the individual they observed was last seen running northbound on Mary Avenue. BPA Villareal responded and immediately observed an individual walking northbound along the sidewalk.

BPA Villareal approached the male individual wearing a black shirt and blue jeans, later identified as Jose ARROYO-Soltelo. BPA Villareal identified himself as a United States Border Patrol Agent and questioned ARROYO as to his citizenship. ARROYO stated he was a citizen of Mexico illegally in the United States. ARROYO was placed under arrest.

Record checks revealed an Immigration Judge ordered ARROYO deported to Mexico from the United States on February 3, 1994. Record checks also revealed ARROYO has a criminal record.

ARROYO was advised of his Miranda Rights by BPA Gutierrez. ARROYO stated he is a citizen of Mexico. ARROYO stated he does not have any documents to be in the United States legally. ARROYO also stated he intended to go to Los Angeles or Washington.

1  There is no evidence ARROYO has sought or received
2 permission from the Attorney General or the Secretary of the
3 Department of Homeland Security to re-enter the United States.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(3)