1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       ) Case No. 08MJ8622
   |                                 )
11 |         Plaintiff,              )
   |                                 )
12 | v.                              ) **NOTICE OF APPEARANCE**
   |                                 )
13 | JOSE ARROYO-SOTELO,             )
   |                                 )
14 |         Defendant.              )
   |                                 )
15 | _____ )

16      Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                  Respectfully submitted,

20

21 Dated: July 17, 2008              /s/  *Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
22                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 17, 2008        */s/ Robert R. Henssler, Jr.*
                            **ROBERT R. HENSSLER, JR.**
                            Federal Defenders of San Diego, Inc.
                            Robert_Henssler@fd.org