```
                                    FILED
                                  AUG - 7 2008
                           CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08CR2634-BEN |
|                            ) | |
|              Plaintiff,    ) | **I N F O R M A T I O N** |
|                            ) | |
|       v.                   ) | Title 8, U.S.C., Sec. 1325 - |
|                            ) | Illegal Entry (Misdemeanor); |
| JOSE ARROYO-SOLTELO,       ) | Title 8, U.S.C., Sec. 1325 - |
|                            ) | Illegal Entry (Felony) |
|              Defendant.    ) | |
|                            ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about __2001__, within the Southern District of California, defendant JOSE ARROYO-SOLTELO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

MIP:psd:Imperial
8/6/08

<u>Count 2</u>

On or about July 9, 2008, within the Southern District of California, defendant JOSE ARROYO-SOLTELO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: <u>August 7, 2008</u>.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney