AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE ARROYO-SOLTELO | CASE NUMBER: 08CR2634-BEN |

I, JOSE ARROYO-SOLTELO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/7/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose Arroyo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer